ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Constellation NewEnergy, Inc. | ) ASBCA No.   62519 |
| | ) |
| Under Contract Nos.    DE-AM36-09GO29040 | ) |
| T.O. N39430-16-F-1803 | ) |

APPEARANCE FOR THE APPELLANT:           William J. Spriggs, Esq.
                                                                          Spriggs Law Group
                                                                          Lynchburg, VA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                                                          Navy Chief Trial Attorney
                                                                          Matthew D. Bordelon, Esq.
                                                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  December 2, 2020


_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals


        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 62519, Appeal of Constellation
NewEnergy, Inc., rendered in conformance with the Board's Charter.

Dated:  December 2, 2020


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals